JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A. et al.,<br><br>Petitioners,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO et al.,<br><br>Respondents. | Case No. 5:26-cv-06090-SB-SSC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, the petition for a writ of habeas corpus is dismissed for lack of subject-matter jurisdiction and without prejudice to a separately filed civil action.

This is a final judgment.

Date: November 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge